**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Harold Eugene YOUNG, Defendant–
Appellant.**

**No. 14–10939
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 7, 2014.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Stephen M. Kunz, Assistant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, Gregory Patrick McMahon, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Darren James Johnson, Federal Public Defender's Office, Gainesville, FL, Gwendolyn Louise Spivey, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Harold Eugene Young, Coleman, FL, pro se.

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Harold Young, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Young's conviction and sentence are **AFFIRMED.**